UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KEVIN BEAUCHAMP, *on behalf of himself and all* :
*others similarly situated*, :
:
      Plaintiff,    :  24-CV-1188 (JMF)
:
   -v-         :  ORDER
:
KURANDA USA, INC., :
:
      Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

 SO ORDERED.

Dated: February 21, 2024         _____
   New York, New York         JESSE M. FURMAN
                 United States District Judge